**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| In Re:<br><br>Bartlett L. Dehaven,<br>Nicole B. Dehaven,<br>Debtors. | Case No. 23-13086<br><br>Chapter 13<br><br>Judge Jerrold N. Poslusny Jr. |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for NewRez LLC d/b/a
Shellpoint Mortgage Servicing

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 350<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br>In Re:<br><br>Bartlett L. Dehaven and<br>Nicole B. Dehaven<br><br>                                                            Debtors. | Case No : 23-13086<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Paul W. Cervenka:

    ☑ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On August 08, 2024 I sent a copy of the following pleadings and/or documents to the parties listed in the chart

    below:

    - Request for Service of Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

  August 08, 2024                                  /s/ Paul W. Cervenka
  Date                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bartlett L. Dehaven<br>Nicole B. Dehaven<br>229 Roberst Drive<br>Somerdale, NJ 08083 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Brad J. Sadek<br>Sadek Law Offices, Llc<br>1500 Jfk Boulevard Ste 220<br>Philadelphia, PA 19102<br>bradsadek@gmail.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.